√# 108  #128178

FILED
2009 DEC 18 PM 2:56
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re:  QUINN, JOANN              Case No.  09-30540

Judge  Mary Ann Whipple

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Roundup Funding, LLC MS 550 | PO Box 91121 Seattle, WA 98111-9221 | $2.47 |
| Roundup Funding, LLC MS 550 | PO Box 91121 Seattle, WA 98111-9221 | $3.32 |
| Roundup Funding, LLC MS550 | PO Box 91121 Seattle, WA 98111-9221 | $3.27 |
| Roundup Funding, LLC MS550 | PO Box 91121 Seattle, WA 98111-0221 | $2.77 |

Check for $11.83 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 12/16/09

cc:

Office of the U.S. Trustee